**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

JACQUELINE FERNANDEZ,                     :
                                          :
                    Plaintiff,            :            25-CV-0015 (ALC) (OTW)
                                          :
          -against-                       :            **SCHEDULING ORDER**
                                          :
SOUND APPROACH, LLC,                      :
                                          :
                    Defendants.           :
                                          :
                                          :
-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

The Court held a **Preliminary Settlement Conference Call on Monday, December 08,**

**2025 at 2:30 p.m.** As discussed on the call, the parties are directed to file a joint status latter by

**December 19, 2025**, informing the Court if the case has been settled and, if not, if they wish to

proceed by scheduling another settlement call or a initial case management conference in

January.

        **SO ORDERED.**

                                                 _/s/ Ona T. Wang_

Dated: December 8, 2025                               **Ona T. Wang**
       New York, New York                         United States Magistrate Judge