**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
JACQUELINE FERNANDEZ,                          :
                                               :
                        Plaintiff,             :            25-CV-0015 (ALC) (OTW)
                                               :
          -against-                            :            **POST-CONFERENCE ORDER**
                                               :
SOUND APPROACH, LLC,                           :
                                               :
                        Defendants.            :
                                               :
                                               :
-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a Preliminary Settlement Conference Call on Thursday, February 05, 2026.

        As discussed on the call, the parties are directed to submit a joint letter by **Friday, February 13, 2026**, proposing three dates for another Preliminary Settlement Conference Call in March or April.

        **SO ORDERED.**


                                        */s/ Ona T. Wang*

Dated: February 5, 2026                        **Ona T. Wang**
       New York, New York                   United States Magistrate Judge